COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Felicia Nicole Jones v. Macy's and Eric Limbocker

Appellate case number:    01-14-00143-CV

Trial court case number:  74030

Trial court:              239th District Court of Brazoria County

The trial clerk's record was filed with this Court on April 10, 2014, however, upon review of the record, we find it to be incomplete. The record filed contains notices issued to the parties of at least two orders of January 28, 2014, which are not currently included in the record:

(1) A Final Judgment entered on January 28, 2014, and

(2) Order Granting Defendant Houston Federal Credit Union's Motion to Dismiss All Claims Against Houston Federal Credit Union With Prejudice dated January 28, 2014.

The **clerk of the trial court is ORDERED** to supplement the record with these two items within 20 days of the date of this order.

Further, we are interpreting appellant's "Motion for Extension of Time" filed April 11, 2014 as a request for additional time for the reporter's record to be filed. We now **DISMISS** that motion as moot. The court reporter has previously filed an information sheet with the Court indicating no transcript was taken of the underlying proceedings.

It is so ORDERED.


Judge's signature: __/s/ Rebeca Huddle
                          X Acting individually      ☐ Acting for the Court


Date:  April 24, 2014